# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT MARTINSBURG

**DAVID W. SHANTON, SR.,**

      **Petitioner,**

**v.**                              **CIVIL ACTION NO.  3:04CV106**
                                         **(BROADWATER)**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day  the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated March 24, 2005.  The petitioner did not file objections to the Report.  After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby ORDERED adopted.

The Court further ORDERS that the petitioner's §2255 petition be DENIED and DISMISSED WITH PREJUDICE based on the reasons set forth in the Magistrate Judge's Report and Recommendation.  It is further ORDERED that this action be and is hereby STRICKEN from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

DATED  this **21ST**  day of November, 2005.

W. Craig Broadwater
_____
**W. CRAIG BROADWATER**
**UNITED STATES DISTRICT JUDGE**